# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa K. Vagle, | No. 24-cv-4637 (KMM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Flagstar Bank N.A., | |
| Defendant. | |

On April 7, 2025, the Court entered an Order granting Defendant Flagstar Bank, N.A.'s motion to dismiss. The Court dismissed Plaintiff Melissa K. Vagle's Complaint without prejudice for failure to state a claim and the Clerk of Court entered Judgment that same day. On June 17, 2025, Plaintiff filed a Notice of Appeal to the Eighth Circuit Court of Appeals, Dkt. 18, and an Application to Proceed In Forma Pauperis ("IFP") on Appeal, Dkt. 19.[1] This matter is before the Court on the appellate IFP application. Although the IFP application itself does not include information about Ms. Vagle's assets or her ability to pay the appellate filing fee, the Court notes that her IFP applications to proceed in District Court in other matters that she has filed demonstrate that she has no significant income and no assets with which to pay the appellate filing fee in this matter. *See Vagle v. Kaminsky, et al.*, No. 25-cv-1090 (JWB/ECW), Doc. No. 2 (D. Minn. Mar. 24, 2025)

---

[1] The Notice of Appeal and the IFP Application list the case number for this matter and for three other cases: *Vagle v. Kaminsky, et al.*, No. 25-cv-1090 (JWB/ECW); *Vagle v. Bakke, et al.*, No. 25-cv-1010 (JWB/DTS); and *Vagle v. Federal, State, and Local Corpora Ficta Employee(s); 138423353, et al.*, No. 25-cv-1100 (MJD/DLM). Each of these other lawsuits was dismissed without prejudice. Flagstar Bank is not a named defendant in these other matters.

(IFP Application); *Vagle v. Bakke, et al*, No. 25-cv-1010 (JWB/DTS), Doc. No. 3 (D. Minn. Mar. 24, 2025) (IFP Application). Accordingly, the Application to Proceed In Forma Pauperis on Appeal in this case (Dkt. 19) is **granted**.[2]

Date:  June 18, 2025                                     *s/Katherine Menendez*
                                                             Katherine Menendez
                                                             United States District Judge

---

[2] The Court's decision to grant IFP on appeal in this case does not authorize Ms. Vagle to proceed in forma pauperis on appeal in any of the other cases listed in the caption of her notice of appeal.